O

# United States District Court
# Central District of California

| | |
|---|---|
| LOLITA ALEKSANIAN, individually and on behalf of all others similarly situated; ALEN ISSAGHOLIAN, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br>　　v.<br>ENRICH FINANCIAL, INC.; and DOES 1–10,<br>　　　　　　Defendants. | Case № 2:17-cv-01762-ODW (AS)<br><br>**ORDER SETTING NEW MOTION FOR CLASS CERTIFICATION HEARING DATE** |

///
///
///
///
///
///
///
///

On June 22, 2017, Plaintiffs filed a motion for class certification. (ECF No. 12.) That motion was noticed for February 18, 2018. (*Id.*)

It is the policy of this district to handle class certification in a timely manner as demonstrated by Central District of California Local Rule 23-3. Plaintiff's motion for class certification noticing a date eight months into the future is not in accordance with that policy. While this Court understands that additional discovery may be necessary to adequately support this motion, eight months is too long. The Court will set a hearing on this motion for August 28, 2017 at 1:30 p.m. Defendant's opposition shall be due twenty-one days before the hearing date. Plaintiff's reply shall be due fourteen days before the hearing date. The Court will not grant any continuance of the hearing date.

**IT IS SO ORDERED.**

June 26, 2017

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE