UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA ALEKSANIAN and ALLEN ISSAGHOLIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ENRICH FINANCIAL, INC.,<br><br>Defendant. | Case No. **2:17-cv-01762-ODW-AS**<br><br>**ORDER**<br><br>JS-6 |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees. The Motion to Certify Class [12] is MOOT.

Dated this 14th day of August, 2017.

*[signature]*

The Honorable Otis D. Wright II